UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:12-CR-80 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| DARIEN HOUSTON | ) | |

**O R D E R**

Defendant Darien Houston ("Defendant") filed a motion for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) (Court File No. 36),[1] which was referred to United States Magistrate Judge Susan K. Lee. The magistrate judge construed Defendant's motion for a *Franks* hearing to also include a motion to suppress. The Government filed a response in opposition to Defendant's motion (Court File No. 34). The magistrate judge held a *Franks* hearing on Defendant's motion and subsequently filed a report & recommendation ("R&R") recommending the underlying motion to suppress be denied (Court File No. 41). Defendant timely objected (Court File No. 42) and the Government filed a response (Court File No. 43). For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 41) and **DENIES** Defendant's motion to suppress (Court File No. 36).

    **SO ORDERED.**

    **ENTER:**

                                                **/s/**
                                                **CURTIS L. COLLIER**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] Defendant initially filed a motion seeking leave to file a motion for a *Franks* hearing out of time (Court File No. 30), which the Court granted (Court File No. 35).